ACCEPTED
03-14-00818-CR
5367519
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/20/2015 5:15:59 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00818-CR

| | | |
|---|---|---|
| **CLINTON DAVID BECK** | § | **IN THE THIRD** |
| **v.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/20/2015 5:15:59 PM
JEFFREY D. KYLE
Clerk

## STATE'S SECOND MOTION TO EXTEND TIME TO FILE BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 33 days to file Appellee's brief, and for good cause would show the following:

I.

Appellant was charged by indictment with Improper Relationship Between Educator and Student and Online Solicitation of a Minor on April 13, 2011 in the 207th Judicial District Court of Comal County. After pleading guilty to Count II, Improper Relationship Between Educator and Student, the trial court sentenced Appellant to ten years confinement and suspended the sentence for a period of ten years. Appellant was also required to forfeit his teaching license and not apply for any future teaching license in the United States. On September 4, 2014, Appellant filed an Application for Writ of Habeas Corpus under article 11.072 of the Texas Code of Criminal Procedure. After the trial court denied the Application, Appellant

1

appealed. Appellant's brief was submitted on March 20, 2015. Appellee's brief is currently due on May 20, 2015.

II.

I am handling the appeal for the State in this case. I prepared findings of fact and conclusions of law for the District Court related to trial cause number CR2012-263, which I submitted on April 17th. I subsequently worked on and submitted findings related to writ number WR-81,373-02. I have assisted on other research and appellate issues in the office, including issues related to a pending motion to abate and remand in 03-15-00153-CR and a petition for writ of mandamus in 03-15-00223-CV. I have handled several recent expunctions which have required research and court appearances (including contested expunctions on May 11th and May 21st). I will also attend an appellate law conference in Austin at the end of the month, and I will likely sit second chair for oral argument in 03-14-00669-CR on June 3, 2015. Finally, I am currently trying to finish the State's brief in 03-14-00407-CR. Because of the foregoing, I have not yet been able to complete a significant amount of work on a response, and respectfully request an extension of 33 days to file the State's brief in the instant cause. This is the second extension sought by Appellee.

2

## III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 33 days, until June 22, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

3

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Second Motion to Extend Time to File Brief* has been delivered to Appellant CLINTON DAVID BECK's attorney in this matter:

Terri R. Zimmermann
Terri.Zimmermann@ZLZSlaw.com
770 South Post Oak Lane, Suite 620
Houston, TX 77056
*Counsel for Appellant on Appeal*

By electronically sending it to the above-listed email address, this 20th day of May, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**